Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                            Case No.:  19−17738−MBK
                            Chapter:  13
                            Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia Britton
   304 Canterbury Way
   Princeton, NJ 08540

Social Security No.:
   xxx−xx−2372

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                6/11/19
Time:              10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 29, 2019
JAN: pbf

                                              Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Patricia Britton  
    Debtor

Case No. 19-17738-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin     Page 1 of 1     Date Rcvd: Apr 29, 2019  
                                 Form ID: 132     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2019.

```
db             +Patricia Britton,   304 Canterbury Way,   Princeton, NJ 08540-9480
cr             +Selene Finance LP,   Friedman Vartolo LLP,   85 Broad Street,   Suite 501,
                 New York, NY 10004-1734
518186587      +Aargon Agency,   Attn: Bankruptcy Department,   8668 Spring Mountain Rd,
                 Las Vegas, NV 89117-4132
518186590      +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
518186596      +The Woods at Princeton Walk,   c/o Pepper Hamilton,   301 Carnegie Center,   Suite 400,
                 Princeton, NJ 08540-6589
518208899      +VW Credit Leasing, Ltd,   c/o VW Credit, Inc.,   PO Box 9013,   Addison, Texas 75001-9013
518186598      +Wakefield & Associates,   7005 Middlebrook Pike,   Knoxville, TN 37909-1156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2019 00:27:40      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2019 00:27:38      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518186588      +E-mail/Text: bkrpt@retrievalmasters.com Apr 30 2019 00:27:36
                 AMCA/American Medical Collection Agency,   Attention: Bankruptcy,
                 4 Westchester Plaza, Suite 110,   Elmsford, NY 10523-1615
518197534       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2019 00:41:19
                 Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
518186589      +E-mail/Text: bankruptcy@usecapital.com Apr 30 2019 00:28:46      Capital Accounts,
                 Po Box 140065,   Nashville, TN 37214-0065
518198665       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2019 00:41:17      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518186595      +E-mail/Text: bkteam@selenefinance.com Apr 30 2019 00:26:47      Selene Finance Llc,
                 Po Box 422039,   Houston, TX 77242-4239
518186597      +E-mail/Text: vci.bkcy@vwcredit.com Apr 30 2019 00:27:48      Volkswagen Credit Inc,   PO Box 3,
                 Hillsboro, OR 97123-0003
                                                                                              TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518186591*     +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
518186592*     +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
518186593*     +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
518186594*     +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:

```
              Albert Russo    docs@russotrustee.com
              Jonathan C. Schwalb    on behalf of Creditor   Selene Finance LP bankruptcy@friedmanvartolo.com
              Robert C. Nisenson    on behalf of Debtor Patricia Britton rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```