UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)

In the Matter of
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorney for Debtor
(732) 238-8777
Robert C. Nisenson
RCN 6680

Patricia Britton

                Debtor.

**Order Filed on May 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-17738
Chapter: 13
Judge:  Michael B. Kaplan

# ORDER TO CONTINUE BANKRUPTCY STAY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: May 16, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case: 19-17738-MBK |
| | : | Chapter 13 |
| Patricia Britton | : | |
| | : | |
| | : | **ORDER TO CONTINUE STAY** |
| Debtor. | : | |
| | : | |
| _____ | : | |

This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order to Continue Stay and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;

It is on the           day of           , 2019;

**ORDERED** that the continue stay shall continue with respect to all legal proceeding against the Debtor and stay all foreclosure sales; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within __7__ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Patricia Britton  
       Debtor

Case No. 19-17738-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 20, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2019.  
db             +Patricia Britton,    304 Canterbury Way,    Princeton, NJ 08540-9480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2019 at the address(es) listed below:  
          Albert   Russo   docs@russotrustee.com  
          Jonathan C. Schwalb   on behalf of Creditor   Selene Finance LP bankruptcy@friedmanvartolo.com  
          Rebecca Ann Solarz   on behalf of Creditor   VW Credit Leasing, Ltd rsolarz@kmllawgroup.com  
          Robert C. Nisenson   on behalf of Debtor Patricia   Britton rnisenson@aol.com,  
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                         TOTAL: 5