Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–17738–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia Britton
   304 Canterbury Way
   Princeton, NJ 08540

Social Security No.:
   xxx–xx–2372

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on April 26, 2019 and a confirmation hearing on such Plan has been scheduled for August 20, 2019.

The debtor filed a Modified Plan on August 14, 2019 and a confirmation hearing on the Modified Plan is scheduled for Sept. 17, 2019 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: August 15, 2019
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-17738-MBK
Patricia Britton                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2               Date Rcvd: Aug 15, 2019
                              Form ID: 186             Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2019.
db             +Patricia Britton,   304 Canterbury Way,   Princeton, NJ 08540-9480
cr             +Selene Finance LP,   Friedman Vartolo LLP,   85 Broad Street,   Suite 501,
                 New York, NY 10004-1734
518186587      +Aargon Agency,   Attn: Bankruptcy Department,   8668 Spring Mountain Rd,
                 Las Vegas, NV 89117-4132
518186590      +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
518186596      +The Woods at Princeton Walk,   c/o Pepper Hamilton,   301 Carnegie Center,   Suite 400,
                 Princeton, NJ 08540-6589
518280892      +The Woods at Princeton Walk Condo Assoc, Inc.,   Anthony J. Destribats,   247 White Horse Ave,
                 hamilton, NJ 08610-2625
518208899      +VW Credit Leasing, Ltd,   c/o VW Credit, Inc.,   PO Box 9013,   Addison, Texas 75001-9013
518186598      +Wakefield & Associates,   7005 Middlebrook Pike,   Knoxville, TN 37909-1156
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2019 23:57:19      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2019 23:57:16      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518186588      +E-mail/Text: bkrpt@retrievalmasters.com Aug 15 2019 23:57:15
                 AMCA/American Medical Collection Agency,   Attention: Bankruptcy,
                 4 Westchester Plaza, Suite 110,   Elmsford, NY 10523-1615
518197534       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 15 2019 23:58:43
                 Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
518186589      +E-mail/Text: bankruptcy@usecapital.com Aug 15 2019 23:58:15      Capital Accounts,
                 Po Box 140065,   Nashville, TN 37214-0065
518198665       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 15 2019 23:58:44      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518186595      +E-mail/Text: bkteam@selenefinance.com Aug 15 2019 23:56:36      Selene Finance Llc,
                 Po Box 422039,   Houston, TX 77242-4239
518186597      +E-mail/Text: vci.bkcy@vwcredit.com Aug 15 2019 23:57:25      Volkswagen Credit Inc,   PO Box 3,
                 Hillsboro, OR 97123-0003
518263821      +E-mail/Text: bkteam@selenefinance.com Aug 15 2019 23:56:36
                 Wilmington Savings Fund Society, FSB,   Bronze Creek Title Trust 2013-NPL1,
                 c/o Selene Finance LP,   9990 Richmond Avenue,   Suite 400 South,   Houston TX 77042-4546
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518186591*     +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
518186592*     +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
518186593*     +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
518186594*     +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
                                                                                        TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Anthony J. Destribats    on behalf of Creditor    The Woods at Princeton Walk Condominium
               Association, Inc dpukenas@destribatslaw.com, destribatsa@pepperlaw.com;balaa@pepperlaw.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Aug 15, 2019
                              Form ID: 186             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jonathan C. Schwalb    on behalf of Creditor    Selene Finance LP bankruptcy@friedmanvartolo.com
          Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          Robert C. Nisenson    on behalf of Debtor Patricia   Britton rnisenson@aol.com,
 nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                       TOTAL: 7

Case 19-17738-MBK    Doc 35    Filed 08/17/19    Entered 08/18/19 00:28:39    Desc Imaged
Certificate of Notice    Page 3 of 3