UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
VW Credit Leasing, Ltd



**Order Filed on September 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Patricia Britton,

Debtor.

Case No.:  19-17738 MBK
Adv. No.:

Hearing Date:  9/3/19 @ 9:00 a.m..

Judge:  Michael B. Kaplan

## ORDER GRANTING STAY RELIEF & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 27, 2019**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors:   Patricia Britton
Case No:  19-17738 MBK
Caption of Order:  ORDER GRANTING STAY RELIEF & RESOLVING MOTION FOR RELIEF FROM STAY

_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, VW Credit Leasing, Ltd, Denise Carlon appearing, upon a motion to vacate the automatic stay as to 2015 Volkswagen Jetta Sedan, VIN: 3VWD17AJ3FM251841, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Robert C. Nisenson, Esquire, attorney for Debtors, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that stay relief is effective as of October 3, 2019 in regards to 2015 Volkswagen Jetta Sedan, VIN: 3VWD17AJ3FM251841; and

      It is **ORDERED, ADJUDGED and DECREED** that the 14 day stay of Rule 4001 is hereby waived and this order shall take effect immediately; and

      It is further **ORDERED, ADJUDGED and DECREED** that Creditor's Motion for Relief is hereby resolved.