UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorney for Selene Finance LP as servicer for Wilmington Savings Fund Society, FBS, doing business as Christiana Trust, not in its Individual Capacity but Solely as Legal Title Trustee for
Bronze Creek Title Trust 2013-NPL1
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

Order Filed on October 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

Patricia Britton

Debtor(s)

Case No.:  19-17738
Chapter   13
Judge:    Michael B. Kaplan

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION AND REQUEST FOR ENTRY OF AN ORDER VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY TO SECURED CREDITOR**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 29, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Selene Finance LP |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Robert C. Nisenson, Esq. |
| Property Involved("Collateral"): | 301 Canterbury Way, Princeton, NJ 08540 |

THIS MATTER having been brought before the Court by Brian W. Hofmeister, attorney for the Debtor, Patricia Britton ("Debtor"), upon the filing of a Chapter 13 Plan, and Selene Finance LP, ("Secured Creditor"), by and through its attorneys, Friedman Vartolo, LLP, having filed an Objection to the Confirmation of said Chapter 13 Plan, and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. Debtor must close on the sale of the Collateral by November 17, 2019. If there is no equity, Secured Creditor must approve any short sale. If there is equity, Secured Creditor must be paid in full and said language must be included in any confirmed order. If the closing has not occurred by this date, Applicant is granted immediate relief from the automatic stay, without further application or Order of this Court.

2. If Applicant obtains stay relief, Applicant must notify Debtor's Counsel of any scheduled Sheriff Sale.

3. This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form and entry of the foregoing order

Robert C. Nisenson, Esq.
*Attorney for Debtor*

/s/ Jonathan Schwalb, Esq.
Jonathan Schwalb, Esq.
*Attorney for Secured Creditor*