UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorney for Selene Finance LP as servicer for Wilmington Savings Fund Society, FBS, doing business as Christiana Trust, not in its Individual Capacity but Solely as Legal Title Trustee for
Bronze Creek Title Trust 2013-NPL1
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

Order Filed on October 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

Patricia Britton

Debtor(s)

Case No.:  19-17738
Chapter    13
Judge:     Michael B. Kaplan

# CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION AND REQUEST FOR ENTRY OF AN ORDER VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY TO SECURED CREDITOR

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 29, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Selene Finance LP |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Robert C. Nisenson, Esq. |
| Property Involved("Collateral"): | 301 Canterbury Way, Princeton, NJ 08540 |

THIS MATTER having been brought before the Court by Brian W. Hofmeister, attorney for the Debtor, Patricia Britton ("Debtor"), upon the filing of a Chapter 13 Plan, and Selene Finance LP, ("Secured Creditor"), by and through its attorneys, Friedman Vartolo, LLP, having filed an Objection to the Confirmation of said Chapter 13 Plan, and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. Debtor must close on the sale of the Collateral by November 17, 2019. If there is no equity, Secured Creditor must approve any short sale. If there is equity, Secured Creditor must be paid in full and said language must be included in any confirmed order. If the closing has not occurred by this date, Applicant is granted immediate relief from the automatic stay, without further application or Order of this Court.

2. If Applicant obtains stay relief, Applicant must notify Debtor's Counsel of any scheduled Sheriff Sale.

3. This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form and entry of the foregoing order

| | |
|---|---|
| Robert C. Nisenson, Esq. | /s/ Jonathan Schwalb, Esq. |
| *Attorney for Debtor* | Jonathan Schwalb, Esq. |
| | *Attorney for Secured Creditor* |

United States Bankruptcy Court
District of New Jersey

In re:  
Patricia Britton  
       Debtor

Case No. 19-17738-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 29, 2019  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2019.  
db         +Patricia Britton,   304 Canterbury Way,   Princeton, NJ 08540-9480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2019 at the address(es) listed below:

          Albert Russo    docs@russotrustee.com  
          Anthony J. Destribats    on behalf of Creditor    The Woods at Princeton Walk Condominium Association, Inc dpukenas@destribatslaw.com, destribatsa@pepperlaw.com;balaa@pepperlaw.com  
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Jonathan C. Schwalb    on behalf of Creditor    Selene Finance LP bankruptcy@friedmanvartolo.com  
          Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com  
          Robert C. Nisenson    on behalf of Debtor Patricia Britton rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                             TOTAL: 7