Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  19−17738−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia Britton
   304 Canterbury Way
   Princeton, NJ 08540

Social Security No.:
   xxx−xx−2372

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/20/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 21, 2019
JAN: kmf

                Jeanne Naughton
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 19-17738-MBK
Patricia Britton                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Nov 21, 2019
                               Form ID: 148             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2019.
```
db            +Patricia Britton,    304 Canterbury Way,    Princeton, NJ 08540-9480
cr            +Selene Finance LP,    Friedman Vartolo LLP,    85 Broad Street,   Suite 501,
               New York, NY 10004-1734
518186590     +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
518186596     +The Woods at Princeton Walk,    c/o Pepper Hamilton,    301 Carnegie Center,   Suite 400,
               Princeton, NJ 08540-6589
518280892     +The Woods at Princeton Walk Condo Assoc, Inc.,    Anthony J. Destribats,    247 White Horse Ave,
               hamilton, NJ 08610-2625
518208899     +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,   Addison, Texas 75001-9013
518186598     +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2019 00:29:27     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2019 00:29:25     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518186588     +EDI: RMCB.COM Nov 22 2019 04:58:00     AMCA/American Medical Collection Agency,
               Attention: Bankruptcy,    4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
518186587     +EDI: AARGON.COM Nov 22 2019 04:58:00      Aargon Agency,    Attn: Bankruptcy Department,
               8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
518197534      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2019 00:41:42
               Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
518186589     +E-mail/Text: bankruptcy@usecapital.com Nov 22 2019 00:30:33     Capital Accounts,
               Po Box 140065,    Nashville, TN 37214-0065
518198665      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2019 00:41:43     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518186595     +E-mail/Text: bkteam@selenefinance.com Nov 22 2019 00:28:43     Selene Finance Llc,
               Po Box 422039,    Houston, TX 77242-4239
518186597     +E-mail/Text: vci.bkcy@vwcredit.com Nov 22 2019 00:29:37     Volkswagen Credit Inc,   PO Box 3,
               Hillsboro, OR 97123-0003
518263821     +E-mail/Text: bkteam@selenefinance.com Nov 22 2019 00:28:43
               Wilmington Savings Fund Society, FSB,    Bronze Creek Title Trust 2013-NPL1,
               c/o Selene Finance LP,    9990 Richmond Avenue,   Suite 400 South,    Houston TX 77042-4546
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518186591*    +Remex Inc,    307 Wall St,   Princeton, NJ 08540-1515
518186592*    +Remex Inc,    307 Wall St,   Princeton, NJ 08540-1515
518186593*    +Remex Inc,    307 Wall St,   Princeton, NJ 08540-1515
518186594*    +Remex Inc,    307 Wall St,   Princeton, NJ 08540-1515
                                                                                 TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2019 at the address(es) listed below:
```
              Albert  Russo    docs@russotrustee.com
              Anthony J. Destribats    on behalf of Creditor    The Woods at Princeton Walk Condominium
               Association, Inc dpukenas@destribatslaw.com, destribatsa@pepperlaw.com;balaa@pepperlaw.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jonathan C. Schwalb    on behalf of Creditor    Selene Finance LP bankruptcy@friedmanvartolo.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Nov 21, 2019
                              Form ID: 148             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Robert C. Nisenson    on behalf of Debtor Patricia  Britton rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                 TOTAL: 7